1  **SARA M. PELOQUIN**
   California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Sara_Peloquin@fd.org

5  Attorneys for Mr. Paez-Chavez

8                     UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ1706
                                      )
12 |          Plaintiff,               )
                                      )
13 | v.                                )
                                      )   **NOTICE OF APPEARANCE**
14 | **PEDRO PAEZ-CHAVEZ,**            )
                                      )
15 |          Defendant.               )
                                      )

        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                        Respectfully submitted,

Dated: June 3, 2008                     /s/ *Sara Peloquin*
                                        **SARA M. PELOQUIN**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Paez-Chavez

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 3, 2008                     /s/ *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Sara_Peloquin@fd.org